KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
OLEY THENBOUAPHA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F-09-CR-00047 LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE, REQUEST FOR ORDER APPROVING NEW DATE |
| vs. | CURRENT DATE: 10/20/09 at 8:15 a.m. |
| OLEY THENBOUAPHA, | NEW DATE: 12/18/09 at 8:15 a.m. |
| Defendant. | |

It is hereby stipulated by and between counsel for the government and counsel for defendant that the sentencing date set for October 30, 2009 be rescheduled, with permission of the court, to December 18, 2009 at 8:15 a.m.

The basis for the stipulation and request is the following:

Counsel KATHERINE HART will be in trial in Merced Superior Court, 60 miles away, from October 27, 2009 to the first week in December, 2009. The trial she is engaged in, People v. Pulido, Merced Case Number 29580, before Judge Mark Garcia, has been tried twice before, and each trial lasted over four weeks; the

1

1  trial will be held five days per week with no break for other court appearances;

2  Counsel for the government, KAREN ESCOBAR, is scheduled to start a
3  lengthy trial on Tuesday, October 27, 2009;

4  The defendant has not yet been interviewed for Safety Valve purposes, and
5  it is necessary that the Safety Valve interview be conducted;

6  The defendant is out of custody, complying with all conditions of pretrial
7  release, and waives any rights under the Speedy Trial Act regarding his sentencing.

8  WHEREFORE the parties request that the court, for good cause, approve
9  the attached order, due to counsel's unavailability, rescheduling the sentencing to
10  December 18, 2009..

11  DATED: 10/26/09          /s/Katherine Hart
                             KATHERINE HART, Attorney for
12                           Defendant OLEY THENBOUAPHA

13
    DATED: 10/26/09          /s/Karen Escobar
14                           KAREN ESCOBAR, Assistant United States
                             Attorney
15

16

17  **ORDER**

18

19  Counsel having stipulated to continue the sentencing date to December 18,
20  2009, and both counsel not being available due to lengthy jury trials, for good
21  cause shown it is hereby ordered that the sentencing date previously set for
22  October 30, 2009 at 8:15 a.m. be reset to December 18, 2009 at 8:15 a.m.
23  IT IS SO ORDERED.

24  **Dated:   October 27, 2009**          **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE
25

26

27

28                                        2