KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
OLEY THENBOUAPHA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F-09-CR-00047 LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE, REQUEST FOR ORDER APPROVING NEW DATE |
| vs. | CURRENT DATE: 12/18/09 at 8:15 a.m. |
| OLEY THENBOUAPHA, | NEW DATE: 1/22/10 at 8:15 a.m. |
| Defendant. | |

It is hereby stipulated by and between counsel for the government and counsel for defendant that the sentencing date set for December 18, 2009 at 8:15 a.m. be rescheduled, with permission of the court, to January 22, 2010 at 8:15 a.m.

The basis for the stipulation and request is the following:

The defendant has not yet been interviewed for Safety Valve purposes, and it is necessary that the Safety Valve interview be conducted; it was originally anticipated that the Safety Valve interview under U.S.S.G. § 5C1.2(a)(5) would have been completed; however, the agent has not been available;

1

Assistant United States Attorney Karen Escobar is not available December 15th through December 31, 2009, and counsel Katherine Hart will be out of the country December 29th through January 8, 2010;

The defendant is out of custody, complying with all conditions of pretrial release, and waives any rights under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 316(h)(8)(A) and 3161(h)(8)(B)(I) regarding his sentencing.

WHEREFORE the parties request that the court, for good cause, approve the attached order, due to the need to complete the Safety Valve interview, rescheduling the sentencing to January 22, 2010.

DATED: 12/7/09        /s/Katherine Hart
                     KATHERINE HART, Attorney for
                     Defendant OLEY THENBOUAPHA

DATED: 12/7/09        /s/Karen Escobar
                     KAREN ESCOBAR, Assistant United States Attorney

**ORDER**

Counsel having stipulated to continue the sentencing date to January 22, 2010, and the Safety Valve interview not having yet been completed, for good cause shown it is hereby ordered that the sentencing date previously set for December 18, 2009 at 8:15 a.m. be reset to January 22, 2010 at 8:15 a.m.

IT IS SO ORDERED.

**Dated:   December 7, 2009**        /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE